IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DEREK BESTE
    Defendant.

---

### DEFENDANT DEREK BESTE'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM LAW ENFORCEMENTOFFICERS DOUG PEARSON AND JEREMY SHEETZ AND REQUEST FOR HEARING PURSUANT TO FRE 702

---

Defendant Derek Beste, by and through his attorney, Wade H. Eldridge, respectfully moves this Court to exclude any expert testimony by law enforcement personnel Doug Pearson and Jeremy Sheetz and requests that this Court set this motion for a two day hearing. As grounds therefore, the following is stated:

    1. Pursuant to D.C.COLO.L.cRr 12.1(b), Mr. Beste hereby approves, adopts and incorporates by reference, as if more fully set forth herein, all of the reasons stated, legal arguments advanced and authorities cited and set forth by Jerome Guardiola in his Motion to Exclude Expert Testimony from Law Enforcement Officers Doug Pearson and Jeremy Sheetz and Request for Hearing Pursuant to

1

FRE 702 (found at Doc. No, 317-1m 317-2, 317-3, and 317-4, as filed on April 17, 2023.

    2. Mr. Beste, like Mr. Guardiola, did agree to reciprocal discovery as set forth pursuant to Fed. R.Crim.P. 16(b)(1)(C), as it relates to expert witness disclosures as set forth in Rule 16(a)(1)(G). See Doc#99, p. 4, pp. 9

WHEREFORE, Derek Beste requests, based on the reasons stated, arguments advanced and legal authorities cited in Mr. Guardiola's Motion to Exclude Expert Testimony from Law Enforcement Officer Doug Pearson and Jeremy Sheets and Request for Hearing Pursuant to FRE 702, and the contemporaneously filed attachments thereto, that this Court exclude any proffered expert opinions of law enforcement officer Doug Pearson and Jeremy Sheets, and further requests that this Court set an evidentiary hearing.

    Respectfully submitted on April 18, 2023.

                                          */s/ Wade H. Eldridge*

                                          Wade H. Eldridge, #6518
                                          Wade H. Eldridge, P.C.
                                          1471 Stuart Street
                                          Denver, CO 80204
                                          Telephone: (303) 861-4222
                                          E-mail: weldridge@eldridgepclaw.com
                                          *Attorney for Derek Beste*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023. I electronically filed the foregoing **DEFENDANT DEREK BESTE'S MOTION TO EXCLUDE EXPERT TESTIMONY FROM LAW ENFORCEMENTOFFICERS DOUG PEARSON AND JEREMY SHEETZ AND REQUEST FOR HEARING PURSUANT TO FRE 702** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ *Michelle M. Counce*
Michelle M. Counce